**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 106 WAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DARNELL LEWIS PEAK, | : | |
| | : | |
| Petitioner | : | |


## ORDER


**PER CURIAM**

    **AND NOW**, this 30th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.